**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CAROLYN CATALANO,** individually and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>*v.*<br><br>**ELECTRONIC TRANSER, INC.,** a Washington corporation,<br><br>        *Defendant.* | Case No. 7:21-cv-02877 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Carolyn Catalano hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

CAROLYN CATALANO, individually and on behalf of all others similarly situated,

DATED this 22nd day of April, 2021.

By: /s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Class*